IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KAYE H. CROSBY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:07-CV-272 |
| ELECTRONIC DATA SYSTEMS CORPORATION HEALTH BENEFIT PLAN, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL VANCE E. DRAWDY *PRO HAC VICE***

It appearing that Defendant's Motion for the Admission of Counsel Vance E. Drawdy *Pro Hac Vice* is well taken and should be granted;

IT IS, THEREFORE, ORDERED that the Defendant's Motion for the Admission of Vance E. Drawdy as their counsel, *pro hac vice*, is hereby granted, and that Mr. Drawdy may appear and participate as counsel for Defendant in this case.

**SO ORDERED**.

Signed: October 17, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge