IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| KAYE H. CROSBY,<br><br>              Plaintiff,<br><br>     v.<br><br>ELECTRONIC DATA SYSTEMS<br>CORPORATION HEALTH BENEFIT<br>PLAN,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-CV-272

**THIS CAUSE COMING ON TO BE HEARD** and being heard upon the filing of Defendant's Consent Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (document #16). The Motion requests an extension of time through and until May 5, 2008. Plaintiff's counsel has consented to the Motion.

For good cause shown, **IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant will have until May 5, 2008, to respond to Plaintiff's Motion for Summary Judgment.

**SO ORDERED.**

Signed: April 28, 2008

Carl Horn, III
United States Magistrate Judge