# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kaye H. Crosby,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv272

Electronic Data Systems Corporation Health Benefit Plan ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/15/08 Order.

Signed: December 15, 2008

Frank G. Johns, Clerk
United States District Court